IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARK S. NIEMIEC,**

    *Plaintiff*,

v.                                      Case No.: 1:24cv226-MW/MJF

**MIKE HAYES, et al.,**

    *Defendants*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED with prejudice** as frivolous pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i)." The Clerk shall close the file.

**SO ORDERED** on February 6, 2025.

                                                s/Mark E. Walker
                                                **Chief United States District Judge**